John Doubek,
MT Bar No. 379
DOUBEK, PYFER & STORRAR
P.O. Box 236
Helena MT 59624
Telephone: (406) 442-7830
Facsimile: (406) 442-7839
john@lawyerinmontana.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| BEAU BLIXSETH AND GEORGE MACK,<br><br>Plaintiffs,<br><br>v.<br><br>MONTANA DEPARTMENT OF REVENUE, a government taxing authority,<br><br>Defendant. | Case No.: _____<br><br><br>**COMPLAINT** |

## COMPLAINT

BEAU BLIXSETH and GEORGE MACK (Plaintiffs), by and through their counsel, hereby submit this Complaint against the above-named Defendant, MONTANA DEPARTMENT OF REVENUE (MDOR), a government taxing authority, as follows:

### BACKGROUND AND JURISDICTION

I.  An Adversary Proceeding and Amended Complaint No. 21-01274-MKN has been filed herein by Timothy Blixseth in Bankruptcy Court in Nevada. These Plaintiffs adopt and by reference incorporate herein each and every one of the allegations as against Montana Department of Revenue contained in the Amended Complaint filed therein by Timothy Blixseth. That Amended Complaint is attached in its entirety as Exhibit A. Plaintiffs adopt and reassert the jurisdiction and all other allegations

1

contained therein as their own herein. Plaintiffs, Beau Blixseth and Goerge Mack, were not debtors in the underlying involuntary bankruptcy case (Case No. 11-15010-MKN) but were affiliated with debtor Timothy L. Blixseth in that case. These Plaintiffs filed a Motion to Intervene in that case and tried to invoke the ancillary and retained jurisdiction of the Bankruptcy Court to resolve issues herein. The underlying bankruptcy case had been filed back on 4/5/2011 and the dismissal and termination of this wrongful Chapter 11 bankruptcy did not occur until 6/21/2021. The Bankruptcy Court denied the motion to intervene without restricting the refiling of the Complaint in another court of competent jurisdiction. Further, jurisdiction is appropriate pursuant to 28 USC §§ 1334, 1331 and 1332.

## CLAIM FOR RELIEF

II. Plaintiff, Beau Blixseth, is the son of Timothy Blixseth. Plaintiff, George Mack, was at all relevant times the accountant for Timothy Blixseth. Each Plaintiff was damaged by the tortious acts and omissions by the Defendant and wrongful Chapter 11 bankruptcy instituted by Defendant against Timothy Blixseth.

III. In the case of George Mack, Defendant's said tortious acts and omissions caused Mr. Mack the loss of his accountant employment agreement with Timothy Blixseth valued at least at $1,650,000 and investments in Blixseth ventures of over $300,000, and attorney fees and payments of over $362,000 to the liquidating trust. Beau Blixseth's losses total in excess of $3,000,000.

## **JURY TRIAL ELECTION**

Pursuant to Fed. R. Bankr. P. 9015 and Fed. R. Civ. P. 38, Plaintiffs assert their right to jury on all triable issues presented herein.

## **PRAYER**

WHEREFORE, these Plaintiffs respectfully request judgment against Defendant MDOR from the Court as follows:

   a. An award of proximate damages in an amount to be proven at trial;
   b. An award of compensatory damages in an amount to be proven at trial;

c. An award of punitive damages in an amount to be proven at trial; and

d. Any other relief that the Court deems just and proper.

Respectfully submitted by:

DOUBEK, PYFER & STORRAR

By  /s/ John Doubek
John Doubek

*Attorneys for Plaintiffs*

DATED this 27th day of December, 2023.