IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BEAU BLIXSETH AND GEORGE MACK, <br><br> Plaintiffs, <br><br> vs. <br><br> MONTANA DEPARTMENT OF REVENUE, a government taxing authority, <br><br> Defendant. | CV 23-95-H-BMM-KLD <br><br> ORDER |

Upon the parties Stipulated Motion to Dismiss and with good cause show,

IT IS HEREBY ORDERED this case is DISMISSED with prejudice with each party to pay their own fees and costs.

DATED this 26th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court

1